IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02255-WDM-KLM

FRED HIMSCHOOT,
MARY HIMSCHOOT,

    Plaintiffs,

v.

AMERICAN HERITAGE LENDING CORPORATION,
MORTGAGE OPPORTUNITY GROUP,
WELLS FARGO BANK, N.A., as Trustee for Soundview Home Loan Trust, and
PUBLIC TRUSTEE OF CLEAR CREEK COUNTY, COLORADO,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion to Amend First Amended Complaint** [Docket No. 16; Filed November 24, 2010] (the "Motion").  Plaintiffs seek to amend their First Amended Complaint to correct caption errors and to clarify claims.  No Defendant has been served, and the time for doing so has not yet expired.  In the interest of justice,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Second Amended Complaint [Docket No. 16-1] is accepted for filing as of the date of this Minute Order.  Plaintiffs are reminded of their obligation to comply with the Local Rules, including D.C.COLO.LCivR 10.1J. which requires that the caption list one party per line.  All future captions shall comply.

    IT IS FURTHER **ORDERED** that the Summons and Second Amended Complaint shall be served on all Defendants on or before **January 13, 2011**.

    Dated:  November 29, 2010