IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No.  10-cv-02255-WDM-KLM

FRED HIMSCHOOT,
MARY M. HIMSCHOOT,

    Plaintiffs,

v.

AMERICAN HERITAGE LENDING CORPORATION, et al.,

    Defendants.

---

## NOTICE OF DISMISSAL

---

The court takes judicial notice that the parties have filed a Notice of Dismissal in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, the complaint is dismissed as to Wells Fargo Bank, N.A., and Public Trustee of Clear Creek County, Colorado, with prejudice, and as to American Heritage Lending Corporation and Mortgage Opportunity Group without prejudice.   Each party will pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on January 19, 2011.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL